UNITED STATES DISTRICT COURT

**FILED**

MAR 0 4 2013

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 13-030 (ESH) |
| | ) | |
| KEVIN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

In a hearing before Magistrate Judge Alan Kay on February 15, 2013, defendant Kevin Brown entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 4, 2013